UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 09-50051-KES |
| Plaintiff, | ) ) ) | |
| | ) | ORDER |
| vs. | ) ) | |
| GILLMAN RODDY LONG, a/k/a DAVE GILLMAN LONG, | ) ) ) | |
| Defendant. | ) ) | |

The court previously granted an order relieving Monica Colbath of her representation of defendant Gillman Roddy Long in this case. Attorney Larry Von Wald is being appointed by separate order of this court to represent Mr. Long. In connection with that change in representation, it is hereby further

ORDERED that Ms. Colbath may turn over all pleadings and discovery in her file, including the presentence report, directly to Mr. Von Wald without having to pass those items through the United States Attorney's intermediate possession.

Dated September 27, 2011.

BY THE COURT:

VERONICA L. DUFFY
UNITED STATES MAGISTRATE JUDGE

FILED
SEP 27 2011
CLERK